DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREA WERWA-SINGER**,
Appellant,

v.

**ANTHONY'S INC.**, a Florida corporation, and **ANN MARIE CUMMINGS**,
Appellees.

No. 4D22-3308

[August 10, 2023]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley Harper, Judge; L.T. Case No. 502022CA002263XXXXMB AE.

Chris Kleppin and Allyson Kisiel of The Kleppin Firm, P.A., Plantation, for appellant.

Jennifer B. Carroll and Steven A. Siegel of Fisher & Phillips LLP, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***